IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARK EDWARD LILEY**                                                                 **PLAINTIFF**

V.                              No. 4:06CV01139-JMM

**BILL MOORE, e*t al.***                                                              **DEFENDANTS**

## ORDER

Summons issued to Defendant Mark Craven has been returned unexecuted (docket entry #18) with the notation that he is no longer an employee of the Arkansas State Hospital.

Summonses issued to Defendants Bill Moore, Jerry Betnar and Bell were returned executed on June 22, 2007 (docket entries # 15, 16, 17).  Counsel for these defendants, James E. Brader, Arkansas Department of Human Services, Office of Chief Counsel, has filed an Answer (docket entry #20) to the Complaint and Amended Complaint.  In the Answer, Defendant Bell's first name is identified.  The Clerk of Court is requested to amend the style of this case to reflect Defendant's complete name, Andre Bell.

Counsel for Defendants Moore, Betnar and Bell is directed to file under seal, within ten days from the entry of this Order, Defendant Craven's last-known address so that service of process can be effected.

IT IS SO ORDERED this 5th day of July, 2007.

_____
UNITED  STATES MAGISTRATE JUDGE