# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MARK EDWARD LILEY**                                                                                              **PLAINTIFF**

**v.**                            **CASE NO.: 4:06CV01139-JMM/BD**

**BILL MOORE,** *et al.*                                                                                                    **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Complaint is dismissed without prejudice pursuant to Local Rule 5.5(c)(2) of the United States District Court for the Eastern District of Arkansas and Federal Rule of Civil Procedure 41(b) for failure to comply with the Court's Orders of January 2, 2008 (#32) and February 7, 2008 (#36).

IT IS SO ORDERED, this 17th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE